**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: scott@bursor.com
ltfisher@bursor.com
apersinger@bursor.com

*Attorneys for Plaintiff*

**CALL & JENSEN, APC**
Matthew R. Orr (State Bar No. 211097)
Scott R. Hatch (State Bar No. 241563)
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100
Email: morr@calljensen.com
shatch@calljensen.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA HEIKKILA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUJA LIFE, LLC,<br><br>Defendant. | Case No. 14-CV-00556-WHO<br><br>**JOINT STIPULATION SETTING FILING DEADLINE FOR PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT AND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS**<br><br>Hon. William H. Orrick |

Plaintiff Rebecca Heikkila ("Plaintiff"), on behalf of herself and all others similarly situated, and Defendant Suja Life, LLC ("Defendant"), through its undersigned counsel, hereby stipulate as follows:

WHEREAS Plaintiff filed a Complaint on February 5, 2014;

WHEREAS the Complaint was served on March 4, 2014;

WHEREAS the parties now seek to set forth deadlines for the filing of Plaintiff's First Amended Class Action Complaint and a schedule for the briefing related to Defendant's anticipated motion to dismiss; and

WHEREAS the extension of time will not alter the date of any event or deadline already fixed by Court order.

THE PARTIES HEREBY STIPULATE, pursuant to Civil Local Rule 6-1(a), that:

1. Plaintiff's First Amended Class Action Complaint shall be filed on or before April 7, 2014.
2. Defendant's response to Plaintiff's First Amended Class Action Complaint shall be filed on or before April 28, 2014.
3. Plaintiff's opposition to Defendant's anticipated motion to dismiss shall be filed on or before May 19, 2014.
4. Defendant's reply brief shall be filed on or before May 26, 2014.

Dated: March 24, 2014

Respectfully submitted,

**BURSOR & FISHER, P.A**

By: *\/s/ L. Timothy Fisher*
L. Timothy Fisher

Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: scott@bursor.com
ltfisher@bursor.com
apersinger@bursor.com

*Attorneys for Plaintiff*

**CALL & JENSEN, APC**

By: */s/ Matthew R. Orr*
Matthew R. Orr

Matthew R. Orr (State Bar No. 211097)
Scott R. Hatch (State Bar No. 241563)
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Telephone: (949) 717-3000
Facsimile: (949) 717-3100
Email: morr@calljensen.com
shatch@calljensen.com

*Attorneys for Defendant*

## ATTESTATION

I, L. Timothy Fisher, am the ECF user whose ID and password are being used to file the Joint Stipulation Setting Deadline for Plaintiff's First Amended Class Action Complaint and Briefing Schedule for Defendant's Motion to Dismiss. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from signatory Matthew R. Orr.