**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: scott@bursor.com
       ltfisher@bursor.com
       apersinger@bursor.com

**SHEEHAN & ASSOCIATES, P.C.**
Spencer Sheehan (admitted *pro hac vice*)
Joshua Levin-Epstein (admitted *pro hac vice*)
15 Morris Lane
Great Neck, NY 11024
Telephone: (347) 635-4160
Facsimile: (516) 234-7800
Email: spencer@spencersheehan.com
       josh@spencersheehan.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA HEIKKILA, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SUJA LIFE, LLC,<br><br>　　　　　　　Defendant. | Case No. 14-CV-00556-WHO<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Hon. William H. Orrick |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Rebecca Heikkila voluntarily dismisses the above captioned action without prejudice. Defendants have not filed an answer or a motion for summary judgment.

Dated: May 15, 2014            Respectfully submitted,

                              **BURSOR & FISHER, P.A**

                              By:   */s/ L. Timothy Fisher*
                                    L. Timothy Fisher

Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: scott@bursor.com
       ltfisher@bursor.com
       apersinger@bursor.com

**SHEEHAN & ASSOCIATES, P.C.**
Spencer Sheehan (admitted *pro hac vice*)
Joshua Levin-Epstein (admitted *pro hac vice*)
15 Morris Lane
Great Neck, NY 11024
Telephone: (347) 635-4160
Facsimile: (516) 234-7800
Email: spencer@spencersheehan.com
       josh@spencersheehan.com

*Attorneys for Plaintiff*