UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA HEIKKILA,<br><br>    Plaintiff,<br><br>    v.<br><br>SUJA LIFE, LLC,<br><br>    Defendant. | Case No. 14-cv-00556-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 19 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: May 19, 2014

_____
WILLIAM H. ORRICK
United States District Judge