**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone:  (925) 300-4455
Facsimile:   (925) 407-2700
Email: scott@bursor.com
          ltfisher@bursor.com
            apersinger@bursor.com

**SHEEHAN & ASSOCIATES, P.C.**
Spencer Sheehan (admitted *pro hac vice*)
Joshua Levin-Epstein (admitted *pro hac vice*)
15 Morris Lane
Great Neck, NY 11024
Telephone:  (347) 635-4160
Facsimile:   (516) 234-7800
Email:  spencer@spencersheehan.com
           josh@spencersheehan.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA HEIKKILA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUJA LIFE, LLC,<br><br>Defendant. | Case No. 14-CV-00556-WHO<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Hon. William H. Orrick |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Rebecca Heikkila voluntarily dismisses the above captioned action with prejudice. Defendants have not filed an answer or a motion for summary judgment.

Dated: January 5, 2015                     Respectfully submitted,

**BURSOR & FISHER, P.A**

By: */s/ L. Timothy Fisher*
          L. Timothy Fisher

Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
1990 N. California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone:    (925) 300-4455
Facsimile:      (925) 407-2700
Email:  scott@bursor.com
            ltfisher@bursor.com
            apersinger@bursor.com

**SHEEHAN & ASSOCIATES, P.C.**
Spencer Sheehan (admitted *pro hac vice*)
Joshua Levin-Epstein (admitted *pro hac vice*)
15 Morris Lane
Great Neck, NY 11024
Telephone:  (347) 635-4160
Facsimile:   (516) 234-7800
Email:  spencer@spencersheehan.com
            josh@spencersheehan.com

*Attorneys for Plaintiff*